FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.
APR 1 3 2016
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | NO. 3:16-00079 |
| v. ) | |
| ) | 18 U.S.C. § 115(a)(1)(B) |
| ) | 18 U.S.C. § 875(c) |
| AHMED MOHAMED SHEIKH OSMAN ) | |

# INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

On or about February 28, 2016, in the Middle District of Tennessee and elsewhere, **AHMED MOHAMED SHEIKH OSMAN**, did threaten to assault and murder P.W., a Special Agent with the Federal Bureau of Investigation, with the intent to impede, intimidate, and interfere with P.W. while he was engaged in the performance of his official duties and to retaliate against P.W. on account of the performance of his official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about February 28, 2016, in the Middle District of Tennessee and elsewhere, **AHMED MOHAMED SHEIKH OSMAN**, knowingly and willfully did transmit in interstate commerce from outside the State of Tennessee to the Middle District of Tennessee, a communication, to-wit: text messages, to P.W., a Special Agent with the Federal Bureau of Investigation, and the communication contained a threat to injure P.W., specifically, by stating: "I will find u." "U rrr dead." "U r dead." "Dead." "U r so fucken dead dead dead." "Jus wait." "Soon." "U think a hillbilly ass like u would call me and use FBI title well u r and all ur family ur coworkers a fucken even everyone knows u's life is to be. . ." "terminated." "Eliminated." "Erased." "Desposed."

In violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

_____
FOREPERSON

_____
DAVID RIVERA
UNITED STATES ATTORNEY

_____
JOSEPH P. MONTMINY
ASSISTANT U.S. ATTORNEY